IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

[FILED]
SEP 1 1 2000
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

RECEIVED
2000 AUG 28
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ] | |
| ] | |
| Plaintiff, ] | |
| vs. ] | |
| ] | |
| ALBANY INTERNATIONAL CORP., ] | CIVIL ACTION NOS.: 98-H-1358-N |
| APPLETON WIRE DIVISION ] | c/w 99-H-0657-N |
| ] | |
| Defendant, ] | |

CONSENT DECREE

On December 7, 1998, the Equal Employment Opportunity Commission ("EEOC") filed suit in this court against Albany International Corporation, Appleton Wire Division. The EEOC's complaint alleged that Albany International Corporation, Appleton Wire Division had discriminated against Thomas Harris by subjecting him to a racially hostile work environment in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e et seq.

Albany International Corporation, Appleton Wire Division denied in substance that it had discriminated against Thomas Harris.

On or About March 22, 2000 Thomas Harris (hereinafter the Plaintiff-Intervenor) filed a Complaint in Intervention alleging, among other things, that he was discriminated against on the basis of race by being subjected to a racially hostile work environment.

I. GENERAL PROVISIONS

The Plaintiff, Plaintiff-Intervenor and Defendant are desirous of settling this action by Consent Decree and agree to the jurisdiction of this court concerning all issues involving the

violations alleged in the complaints.

This Decree, being entered with the consent of the EEOC, the Plaintiff-Intervenor, and Albany International Corporation, Appleton Wire Division shall not constitute an adjudication or finding on the merits of the case, and shall in no manner be construed as an admission by Albany International Corporation, Appleton Wire Division of any violation of Title VII of the Civil Rights Act of 1964, as amended, or other applicable federal law.

This Decree is binding upon the EEOC, the Plaintiff-Intervenor, and Albany International Corporation, Appleton Wire Division as to the issues resolved, as well as upon their successors and assigns and persons in privity. The issues resolved by this Decree are those which were alleged in the Charge of Discrimination numbered 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 and asserted in the Complaint and/or Complaint in Intervention in the above styled lawsuit.

The Court being fully advised of the premises doth Order, Adjudge and Decree as follows:

## II. SPECIFIC PROVISIONS

A.  This Court has full jurisdiction to decide this controversy as to the EEOC the Plaintiff-Intervenor and Albany International Corporation, Appleton Wire Division.

B.  Albany International Corporation, Appleton Wire Division has posted and will continue to post in prominent and conspicuous places visible to all employees at its Mongomery, Alabama facility the notices regarding prohibition of employment discrimination on the basis of race required by Title VII of the Civil Rights Act of 1964 and approved by the Equal Employment Opportunity Commission.

C.  Albany International Corporation, Appleton Wire Division will pay the Plaintiff-Intervenor Thomas Harris a monetary settlement of this lawsuit and any claims arising out of

EEOC Charge number 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 in the amount of Thirty-three thousand dollars ($33,000.00). The monetary settlement will be paid within two weeks of entry of this Consent Decree. As a condition for receiving the monetary relief provided for herein, Plaintiff-Intervenor shall sign a Release as to any and all claims arising out of the underlying Charge and this lawsuit.

D.      Albany International Corporation, Appleton Wire Division will provide training to its employees within one year on Federal Employment Laws, including racial discrimination, in the form of at least an hour long seminar by instructors of its choice who are competent to do so. The employees who attend the training sessions will be required to sign an attendance roster. Albany International Corporation, Appleton Wire Division agrees that copies of said roster and an outline or program of the training course shall be mailed upon request to J. Mark Graham, Senior Trial Attorney at 1900 3rd Avenue, North, Birmingham, AL 35203 within one month of the training.

E.      Albany International Corporation, Appleton Wire Division has developed an anti-discrimination policy and complaint procedure that has been reviewed by the Equal Employment Opportunity Commission. A copy of that policy and procedure will be posted in the same locations as the notices referred to in paragraph II. B above. Additionally, a copy of the policy and  procedure will be made available to all employees in the company's Human Resources office.

F.      The EEOC agrees that it will not bring any further action against Albany International Corporation, Appleton Wire Division for any allegations which are the subject of the Charge of Discrimination No.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 or the present complaint.

G.  Plaintiff-Intervenor agrees that he will not bring any further action against Albany International Corporation, Appleton Wire Division for any allegations which are the subject of the present Complaint in Intervention.

H.  Albany International Corporation, Appleton Wire Division's Agreement to this Consent Decree will be made pursuant to its Corporate requirements and/or by-laws.

I.  The EEOC is not seeking attorney's fees or costs against Albany International Corporation, Appleton Wire Division.  Albany International Corporation, Appleton Wire Division will not seek attorney fees or costs against the EEOC or the Plaintiff-Intervenor.

J.  The EEOC will not issue a press release concerning this case.

If the terms and conditions of this Decree are violated or breached, the parties may petition the Court for further Orders, adjudication and relief in this matter.  Upon completion of the requirements of paragraphs II B and F, Defendant Albany International Corporation, Appleton Wire Division and Plaintiff EEOC will notify the Court and upon such notification this Decree will be satisfied.

SIGNED and ORDERED this 11th day of Sept, 2000.

/s/ Truman M. Hobbs
TRUMAN M. HOBBS
UNITED STATES DISTRICT JUDGE

By Consent:

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

C. Gregory Stewart
General Counsel

Gwendolyn Young Reams
Associate General Counsel

Equal Employment Opportunity Commission
1801 "L" Street, Northwest
Washington, D.C. 20507

_____
JILL LOLLEY VINCENT
Regional Attorney, Acting

_____
MILDRED BYRD (Bar# LA 03741)
Supervisory Trial Attorney

_____
J. MARK GRAHAM (Bar# LA 06216)
Senior Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Birmingham District Office
Ridge Park Place, Suite 2000
1130 22nd Street South
Birmingham, AL 35205
Telephone: (205) 731-1172

5

PLAINTIFF INTERVENOR THOMAS HARRIS

_____
Julian L. McPhilllips, Jr.
Karen Sampson Rogers
McPhillips, Shinbaum & Gill, L.L.P.
516 South Perry Street
Montgomery, Alabama 36104



ALBANY INTERNATIONAL CORPORATION, APPLETON WIRE DIVISION

_____
Chris Mitchell, Esq.
Charles A. Powell IV. , Esq.
CONSTANGY, BROOKS & SMITH, LLC
1901 6th Avenue North
Suite 1410 Birmingham, Alabama 35203